UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:10-CR-00369-05** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **JAMES C PITRE (05)** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Vacate, Set Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255 be **DENIED** and **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

THUS DONE in Chambers on this 10th day of December, 2018.

**Robert R. Summerhays**
**United States District Judge**